IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANDY HEWITT,

    Plaintiff,

v.

CITY OF PORT WENTWORTH,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-229

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal Without Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal without prejudice of this action, with each party to bear its own attorneys' fees and costs. (Doc. 24.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 1st day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA